UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISA ALI ABDULLA ALMURBATI, et al.,    :
                                      :
            Petitioners,              :
                                      :        Civil Action No. 04-1227 (RBW)
GEORGE WALKER BUSH, et al.,           :
                                      :
            Respondents.              :
_____:

## ORDER

In accordance with the Memorandum Opinion being issued contemporaneously herewith,

it is hereby

**ORDERED** that the Petitioners' Motion for Preliminary Injunction [D.E. # 101] is

Denied.  It is further

**ORDERED** that upon the transfer or repatriation of any petitioner, the respondents shall

submit a declaration to this Court certifying that any transfers or repatriations were not made for

the purpose of merely continuing the petitioners' detention on behalf of the United States or for

the purpose of extinguishing this Court of jurisdiction over the petitioners' actions for habeas

relief for a reason unrelated to the decision that the petitioners' detention is no longer warranted

by the United States.

**SO ORDERED** this 14th day of April 2005.

                              REGGIE B. WALTON
                              United States District Judge