PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ISA ALI ABDULLA ALMURBATI, *ET AL.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 04-1227 (RBW) |
| GEORGE WALKER BUSH, *ET AL.*, | ) |
| Respondents. | ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Petitioner Jumah Al Dossari ("Mr. Al Dossari"), by counsel, hereby moves this Court for entry of a temporary restraining order and preliminary injunction prohibiting Respondents from maintaining the conditions at the U.S. Naval Base in Guantánamo Bay, Cuba that have resulted in Mr. Al Dossari's psychiatric distress and suicidality.

In response to Petitioner's counsel's inquiry as to whether Respondents would consent to the relief request herein, Respondents' counsel declined to do so. Thus, Petitioner understands that Respondents oppose this motion.

Pursuant to LCvR 65.1(a), it is noted that all papers relevant to this application are filed electronically and, therefore, all counsel of record have notice of the application.

Dated:   October 31, 2005

> Respectfully submitted,
>
> DORSEY & WHITNEY LLP
>
> By: /s/ Seth B. Waxman
>    Seth B. Waxman (D.C. Bar No. 456156)
>    Mark S. Sullivan*
>    Christopher Karagheuzoff*
>    Joshua Colangelo-Bryan*
>    Dorsey & Whitney LLP
>    250 Park Avenue
>    New York, NY 10177
>    (212) 415-9200
>
> *Counsel for Petitioners*

CENTER FOR CONSTITUTIONAL RIGHTS
Barbara Olshansky
666 Broadway, 7th Floor
New York, NY 10012

*Co-counsel for Petitioners*

* Admitted pro hac vice